# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

ANTRELL A. TEEN,

    Plaintiff,

v.

M. LAZANTE and SGT. COOK,

    Defendants.

Case No. 3:17-cv-00929-JPG-RJD

## **JUDGMENT**

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

**IT IS HEREBY ORDERED AND ADJUDGED** that this matter is **DISMISSED WITHOUT PREJUDICE**.

DATED: August 17, 2018

                                      **JUSTINE FLANAGAN,**
                                      **Acting Clerk of Court**

                                      **BY: s/Tina Gray**
                                              **Deputy Clerk**

**Approved:**
**s/ J. Phil Gilbert**
**J. Phil Gilbert**
**U.S. District Judge**